In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-458 CV


____________________



LUIS S. LAGAITE, JR., Appellant



V.



DAVID DOUGHTY, ET AL., Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-171323






MEMORANDUM OPINION (1)


 On December 16, 2004, we notified the parties that the order signed by the trial
judge did not appear to be a final order. Subject to certain statutory exceptions not
applicable in this case, only final judgments are appealable. Tex. Civ. Prac. & Rem.
Code Ann. §§ 51.012, 51.014 (Vernon 1997 & Supp. 2005). The summary judgment
order did not dispose of all issues and parties and did not contain unmistakable language 
of finality. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 206 (Tex. 2001). The
appeal is dismissed for lack of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered January 20, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.